大成 DENTONS

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

March 4, 2022

<u>**VIA ECF**</u>

The Honorable John P. Cronan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Tavarez v. Mint Mobile, LLC*, Case No. 1:21-cv-09958-JPC

Dear Judge Cronan:

We represent Defendant Mint Mobile, LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from March 8, 2022 to April 22, 2022.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)

The request is granted; this case is stayed, and all deadlines are adjourned, until April 22, 2022.  By that date, the parties shall file dismissal papers, or, in the alternative, a status letter.

SO ORDERED.
Date: March 4, 2022

New York, New York

[signature]

JOHN P. CRONAN
United States District Judge