UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

VICTORIANO TAVAREZ, Individually, and  :  Case No.: 1:21-cv-09958-JPC
On Behalf of All Others Similarly Situated,  :

 :

Plaintiff,  :

 :  **NOTICE OF VOLUNTARY DISMISSAL**
vs.  :

 :

 :

MINT MOBILE, LLC,  :

 :

Defendant.  :

 :

 :

———————————————————— x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Victoriano Tavarez hereby gives notice

that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Mint

Mobile, LLC

DATED: March 29, 2022          **MIZRAHI KROUB LLP**


                                          /s/ William J. Downes
                                     WILLIAM J. DOWNES

                                EDWARD Y. KROUB
                                JARRETT S. CHARO
                                WILLIAM J. DOWNES
                                200 Vesey Street, 24th Floor

**SO ORDERED.**                           New York, NY 10281
**Date: April 1, 2022**                     Telephone: 212/595-6200
**New York, New York**        JOHN P. CRONAN   212/595-9700 (fax)
           United States District Judge   ekroub@mizrahikroub.com
                                jcharo@mizrahikroub.com
                                wdownes@mizrahikroub.com

                                *Attorneys for Plaintiff*